UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | CHAPTER 7 CASE |
| Daniel Kelly | CASE NO. 10-36958 |
| Debtor. | ORDER |

This case came before the court on the motion of U.S. Bank N. A., seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated February 26, 2004, executed by Daniel F Kelly, a single man and Holly E Dewald, a single woman, recorded on March 17, 2004, as Document No. 1808879 , covering real estate located in Ramsey County, Minnesota, legally described as:

    Lots 15 and 16, Block 1, Frankson's Como Park Addition
    And commonly known as 1470 Sheldon Street, St Paul, Minnesota 55108-2323

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: December 1, 2010

/e/ Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 12/01/2010
Lori Vosejpka, Clerk, By sjr, Deputy Clerk